**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| YOLANDA WRIGHT, Individually and on behalf of her minor son, MEKHI BURKETT, and ROSE RITA BAILEY, Individually and on behalf of her minor son, JAWUANE JOHNSON, Plaintiffs, | : : : : : : | |
| v. | : : | No. 5:20-cv-02664 |
| WHITEHALL TOWNSHIP, MICHAEL MARKS, AARON REED, MICHAEL SLIVKA, KENNETH STEPHENS, TIMOTHY DUGAN, BRIAN CUTH, JEFFREY APGAR, MATTHEW RESZEK, MICHAEL P. HARAKAL, JR., WHITEHALL-COPLAY SCHOOL DISTRICT, LORIE D. HACKETT, and ROBERT HARTMAN, Defendants. | : : : : : : : : | |

_____

## O R D E R

**AND NOW**, this 12th day of January, 2021, upon consideration of Defendants' motions to dismiss Plaintiffs' Amended Complaint, *see* ECF Nos. 10, 18, 19, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motions to dismiss, ECF Nos. 10, 18, 19, are **GRANTED.**

2. Any and all claims against Defendants Michael Marks, Michael Harakal, and Lorie Hackett are **DISMISSED, with prejudice.**

3. The following counts of the Amended Complaint are also **DISMISSED, with prejudice**:  three and twelve; four and thirteen; six and fifteen; eight and seventeen; and nineteen through twenty-two.

4. The following counts of the Amended Complaint are **DISMISSED, without prejudice**, and with leave to re-plead:  five and fourteen, and seven and sixteen.

5.      Should Plaintiffs elect to file a second amended complaint, they shall do so within

**twenty-one (21) days** of the issuance of this Order.


BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge