# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YOLANDA WRIGHT, Individually and on behalf of her minor son, MEKHI BURKETT, and ROSE RITA BAILEY, Individually and on behalf of her minor son, JAWUANE JOHNSON, Plaintiffs, | : : : : : : |
| v. | : No. 5:20-cv-02664 |
| AARON REED, MICHAEL SLIVKA, KENNETH STEPHENS, TIMOTHY DUGAN, BRIAN CUTH, JEFFREY APGAR, and MATTHEW RESZEK, Defendants. | : : : : : : |

## O R D E R

**AND NOW**, this 10th day of March, 2021, upon consideration of Plaintiffs' motion for reconsideration of the Court's Opinion and Order of January 12, 2021, *see* ECF No. 27, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion for reconsideration, ECF No. 27, is **DENIED.**

2. Plaintiffs shall be permitted to file a Second Amended Complaint consistent with the directives set forth in the Court's January 12, 2021 Opinion and Order.

3. Should Plaintiffs elect to file a Second Amended Complaint, they shall do so no later than **March 19, 2021.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge