UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSITA RITA BAILEY *INDIVIDUALLY AND ON BEHALF OF HER MINOR SON, JAWUANE JOHNSON*, and MEKHI BURKETT,<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>AARON REED, MICHAEL SLIVKA, KENNETH STEPHENS, TIMOTHY DUGAN, BRIAN CUTH, JEFFREY APGAR, and MATTHEW RESZEK,<br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: No. 5:20-cv-02664<br>:<br>:<br>:<br>:<br>:<br>: |

## O R D E R

**AND NOW,** this 15th day of September, 2021, for the reasons set forth in the Opinion of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs Bailey and Johnson's claims in the Amended Complaint, ECF No. 6, are **DISMISSED, without prejudice,** for their failure to prosecute their claims.

2. The Clerk of the Court is directed to **TERMINATE** Rosita Rita Bailey, individually and on behalf of her minor son, Jawuane Johnson, only, as parties to this action.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge