# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEKHI BURKETT, | Civil Action No. 5:20-cv-02664-JFL |
| and | |
| ROSE RITA BAILEY, | JURY TRIAL DEMANDED |
| <u>Plaintiffs</u>, | |
| v. | |
| WHITEHALL TOWNSHIP, et al | |
| <u>Defendants</u>. | |

**PRAECIPE TO SETTLE, DISCONTINUE, AND END**

Kindly mark this matter Settled, Discontinued, and Ended with Prejudice against Defendants.

**MOBILIO WOOD**

DATED: 11/09/2021

BY: **/S/MATTHEW MOBILIO**
MATTHEW MOBILIO, ESQUIRE
Attorney for Plaintiffs